IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| WAYNE CORK, et al., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 09-5032-CV-SW-WAK |
| ALLIED INTERSTATE, INC., | ) | |
| Defendant. | ) | |

## ORDER

Currently pending are a motion to enforce a settlement and a motion to stay deadlines. In a response filed on September 16, 2009, defendant advises the court that the terms of the settlement have been met and the motion to enforce settlement is moot. Accordingly, it is

ORDERED that the pending motions are denied as moot. [7, 8] It is further

ORDERED that within thirty days, the parties file the appropriate dismissal documents or notify the court, in writing, why such documents cannot be filed.

Dated this 23rd day of September, 2009, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge