# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

WAYNE CORK and JANET CORK,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

Case **3:09-cv-05032-WAK**

## NOTICE OF VOLUNTARY DISMISSAL

WAYNE CORK and JANET CORK, (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ALLIED INTERSTATE, INC., (Defendant), in this case.

    Both sides to bear their own costs and expenses.

    RESPECTFULLY SUBMITTED,
    By: _____/s/Patrick Cuezze_____
    Patrick Cuezze
    Attorneys for Plaintiffs
    Krohn & Moss, Ltd.
    10635 Santa Monica Blvd., Suite 170
    Los Angeles, CA 90025

1